IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STANLEY LORENZO WILLIAMS,         )
                                  )
                  Petitioner,     )
                                  )
           v.                     )    1:03CV00299
                                  )
SIDNEY HARKLEROAD, Supt. of       )
Marion Correctional Institution,  )
et al.,                           )
                                  )
                  Respondents.    )

**O R D E R**

Petitioner objects to the Magistrate Judge's Order of October 31, 2007 denying Petitioner's Motion for a Rehearing (docket no. 96), Motion for Expansion of the Record (docket no. 97), Post Motion to Amend Summary Judgment/and Request for an Evidentiary Hearing (docket no. 98), Motion that the Court Rule on Pending Motions (docket no. 100), Motion to Order Release from Custody(docket no. 101), and Motion for Ruling or Hearing Date (docket no. 103). The Court has reviewed the order de novo pursuant to both Fed. R. Civ. P. 72 and 28 U.S.C. § 636(b)(1) and hereby affirms and adopts and the Magistrate's Judge's ruling.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Order of October 31, 2007 (docket no. 105) be, and the same hereby is, affirmed and adopted.

This the day of November 15, 2007

                                                     /s/ N. Carlton Tilley, Jr.
                                                    United States District Judge